Walter F. **KENDALL**

v.

**UNITED STATES.**

No. 17575.

United States Court of Appeals
Eighth Circuit.

Jan. 31, 1964.

Theodore L. Richling, U. S. Atty., for appellant.

Michael L. Lazer, Lincoln, Neb., for appellee.

PER CURIAM.

Appeal permitted to be docketed without payment of fee; leave to proceed further in forma pauperis denied; appeal dismissed as frivolous.

**ASSOCIATED STORES, INC.,** Appellant
and Cross-Appellee,

v.

**INDUSTRIAL LOAN AND INVESTMENT COMPANY,** Appellee and
Cross-Appellant.

No. 9222.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 21, 1964.

Decided Jan. 24, 1964.

J. C. B. Ehringhaus, Jr., Raleigh, N. C., for appellant and cross-appellee.

Howard E. Manning, Raleigh, N. C. (Manning, Fulton, Skinner & Hunter, Raleigh, N. C., on brief), for appellee and cross-appellant.

Before HAYNSWORTH and BOREMAN, Circuit Judges, and MICHIE, District Judge.

PER CURIAM.

For the reasons stated by the District Court in its opinion, the judgment below is affirmed. Associated Stores, Inc. v. Industrial Loan & Invest. Co., D.C.E.D. N.C., 202 F.Supp. 251.

Affirmed.

Louis A. **BRESLERMAN,** Plaintiff-
Appellant,

v.

**AMERICAN LIBERTY INSURANCE COMPANY, Commercial Union Fire Insurance Company of New York and Monarch Insurance Company of Ohio,** Defendants-Appellees.

No. 274, Docket 28474.

United States Court of Appeals
Second Circuit.

Argued Jan. 24, 1964.

Decided Jan. 24, 1964.

Before FRIENDLY and HAYS, Circuit Judges, and ANDERSON, District Judge.*

Harry H. Goebel, New York City, for appellant.

Ernest E. Rosenberg, New York City (Rein, Mound & Cotton, New York City), for defendants-appellees.

PER CURIAM.

We affirm in open court upon the well-reasoned opinion of Judge Wyatt. D.C., 218 F.Supp. 345.

---

* Sitting by designation.